## UNITED STATES *v.* MOSSEL.

## UNITED STATES *v.* MILFORD.

APPEALS FROM THE COURT OF CLAIMS.

Nos. 372, 373.  Submitted April 10, 1923.—Decided April 23, 1923.

Decided, pursuant to stipulation, in accordance with *United States v. Luskey, ante,* 62.
56 Ct. Clms. 502, affirmed.

*Mr. James A. Fowler,* Special Assistant to the Attorney General, with whom *Mr. Solicitor General Beck* was on the brief, for the United States.

*Mr. George A. King,* with whom *Mr. William B. King* and *Mr. George R. Shields* were on the brief, for appellees.

Mr. Justice McKenna delivered the judgment of the Court.

Under stipulation of counsel, filed in the Clerk's Office, the above cases are submitted on the record as printed in *United States v. Luskey,* No. 371, just decided, *ante,* 62, " it being agreed by counsel that they shall be controlled by the decision in that case."

Therefore, upon its authority, the judgments in these cases are

*Affirmed.*